DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MISAEL RODRIGUEZ,**
Appellant,

v.

**JURRIELL WASHINGTON,**
Appellee.

No. 4D19-2463

[April 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 2017DR003902.

David M. Scott of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

Randy Kaye Garvey of Law Offices of Randy Kaye Garvey, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*